# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 10-cr-00082-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JUVON THOMAS FULTON
      a/k/a "Shaft,"
2.  JAMEISHA SHANTYCE HUBBARD,
      a/k/a Jameisha Shantyce Bedford,
      a/k/a "Baby Girl,"
3.  TIMOTHY FULTON,
      a/k/a "Sid,"
4.  KERVIN ANDRE ROGERS,
      a/k/a "Too Much,"
5.  RUBEN CANALES, JR.,
      a/k/a "Red,"
6.  CHARLES RIGGINS, and
7.  ILLIA M. WALKER,

      Defendants.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **March 15, 2010** and responses to these motions shall be filed by **March 26, 2010**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **April 23, 2010 at**

**1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary

motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a five-day jury trial is set for **May 3, 2010 at**

**9:00 a.m.**, in Courtroom A602.

DATED:  March __01__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge