**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00082-CMA-01-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JUVON THOMAS FULTON**
    **a/k/a "Shaft,"**
2. JAMEISHA SHANTYCE HUBBARD,
    a/k/a Jameisha Shantyce Bedford,
    a/k/a "Baby Girl,"
3. TIMOTHY FULTON,
    a/k/a "Sid,"
4. KERVIN ANDRE ROGERS,
    a/k/a "Too Much,"
5. RUBEN CANALES, JR.,
    a/k/a "Red,"
6. **CHARLES RIGGINS,** and
7. ILLIA M. WALKER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Upon review, the Court finds that the following motions violate this Court's Criminal Practice Standard III(D), as these discovery issues have been addressed in the Discovery Conference Memorandum and Order and, therefore, are denied:

<u>Defendant Juvon Thomas Fulton's Motions</u>

1.    Motion for Disclosure of 404(b) Evidence (Doc. # 176) is DENIED WITHOUT PREJUDICE;
2.    Motion for Order for Disclosure of Expert Witnesses and Request for Hearing (Doc. # 178) is DENIED WITHOUT PREJUDICE.

Defendant Charles Riggins' Motions

1. Motion for Disclosure of 404(b) Evidence (Doc. # 162) is DENIED WITHOUT PREJUDICE;
2. Motion for Disclosure of Expert Witnesses (Doc. # 165) is DENIED WITHOUT PREJUDICE;
3. Motion for Disclosure of *Giglio* and *Brady* Materials (Doc. # 166) is DENIED WITHOUT PREJUDICE.

The Court FURTHER NOTES that the above motions also violate this Court's May 13, 2010 Order (Doc. # 119), which states:

> Counsel are directed to make reasonable good-faith efforts to confer with opposing counsel to resolve any discovery issues before filing any motions. If counsel are unable to resolve discovery related issues, any motion filed shall state specific efforts that were taken to confer and resolve the issue and the opposing partys position. Failure to comply with this Order will result in a striking of the motion.

DATED: June 28, 2010